appealed Case# 03-14-00 670CV

I Mary E. Allen, will be Paying and setting the Court Reporter Record on april 24, 2015.

Mary E. Allen
4/13/2015

RECEIVED
APR 1 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

4/10/2015

To the 3rd Court of Appeals court of appeals Number 03-14-00670-CV

I MARY E. ALLEN am requesting for extended time to Pay for Court Reporter's Record and Clerk record. I will be using my income tax refund, plus I have a claim that I should be recieving soon this I will use to pay for Court Reporter's Record and Clerk record, this will be taken Place Very soon. All of my Belonging at Well Branch Self Storage is all of my Possesion (Household, Birth Certificate, Passport, Documents - legal documents with my Social Security number on it, Driver license, Credit Report, Income Tax documents from 1971 - present, Everything I own is in this Storage Please don't let them Aunction off my Belongings and use my documents listed above for Identity theft, Capital gain, Fraudulent activity ect... I Pray that you will allow me the extended time to get what is needed from Court Record & Reporter sincerely Mary E. Allen. Cause # C-1-CV-14-007235

RECEIVED
APR 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE